**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:26-cr-56 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| OLIVER BERNARD HILL | ) | Magistrate Judge Mike Dumitru |

# ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment; (2) accept Defendant's guilty plea as to Count One; (3) adjudicate Defendant guilty of Count One; and (4) order that Defendant remain in custody until sentencing in this matter (Doc. 29). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 29) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One; and
4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **December 18, 2026 at 9:00 a.m. ET** before the undersigned.

**SO ORDERED.**

***/s/Travis R. McDonough***

**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**